UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                Plaintiff,

-v-

                CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    This case was referred for general pretrial supervision. (ECF No. 10). The deadline for Defendants to respond to the Complaint was May 12, 2025. (ECF No. 15). Defendants have not responded to the Complaint.

    As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **May 19, 2025**. Defendants are **warned** that failure to respond to the Complaint may result in default judgment proceedings against them.

Dated:      New York, New York
              May 13, 2025

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**