UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                Plaintiff,

-v-

                CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    The original deadline for Defendants to respond to the Complaint was May 12, 2025. (ECF No. 15). After Defendants failed to respond, the Court sua sponte extended that deadline to May 19, 2025. (ECF No. 17). Defendants again failed to respond to the Complaint and did not request an extension of time to do so. They were warned that failure to respond to the Complaint may result in the initiation of default judgment proceedings against them. (Id.)

    Accordingly, on or before **May 27, 2025**, Plaintiff shall initiate default judgment proceedings against Defendants. Plaintiff is referred to Judge Ronnie Abrams's Individual Rules of Practice in Civil Cases.

Dated:    New York, New York
            May 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**