UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on September 29, 2025, a telephone conference to discuss the status of discovery is scheduled for **October 30, 2025, at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. On or before **October 24, 2025**, the parties shall file a joint status letter setting forth the status of fact discovery and any discovery issues ripe for the Court's attention.

Dated:    New York, New York
           September 29, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**