UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

        Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

        Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 30, 2025, on or before **November 10, 2025**, the parties shall file a joint status letter setting forth (i) the status of document discovery; (ii) any document discovery issues ripe for the Court's attention; and (iii) if no document discovery issues remain, the scheduled dates for depositions.

Dated:    New York, New York
           October 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**