UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                Plaintiff,

    -v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 42, the parties were required to file a joint status letter (the "Joint Letter") by November 10, 2025, setting forth (i) the status of document discovery; (ii) any document discovery issues ripe for the Court's attention; and (iii) if no document discovery issues remain, the scheduled dates for depositions. (Dkt. No. 42). To date, the parties have not filed the Joint Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Joint Letter up to and including **November 19, 2025**.

Dated:      New York, New York
           November 12, 2025

                          SO ORDERED.

                          **SARAH L. CAVE**
                          **United States Magistrate Judge**