THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

November 18, 2025

**VIA ECF**
Hon. Sarah L. Cave
Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

           Re:    Wanchai Mann v. Keith Steier, et al., SDNY
                   Case No. 25 Civ. 1076
                   First Request for an Adjournment

Dear Judge Cave,

      Our office represents Plaintiff Wanchai Mann ("Plaintiff") in the above-referenced matter, which involves claims against Knockout Renovations SVS., Inc. and Keith Steier relating to Plaintiff's employment and compensation.

      We respectfully request an adjournment of the November 24, 2025, conference, currently scheduled for 11:30 AM, to 11:45 AM. The reason for this request is that I am scheduled to appear at a scheduling conference in *Michael Greene v. The City of New York, et al.*, SDNY Case No. 25 Civ. 0887 (ALC)(RFT), before Magistrate Judge Robyn F. Tarnofsky, beginning at 11:00 AM, pursuant to the scheduling order entered on October 15, 2025 (ECF Dkt. No. 41).

      This is our first request for an adjournment in this action, and Defendants' counsel, Kevin Johnson, Esq., has graciously consented to this application.

Thank you for your time and attention to this matter.

                                Respectfully submitted,

                                Fausto E. Zapata Jr.

---

Plaintiff's request at Dkt. No. 46 is **GRANTED IN PART**. The telephone conference scheduled for November 24, 2025 at 11:30 a.m. ET, (Dkt. No. 45), is **ADJOURNED** to **November 24, 2025 (the same day) at 2:00 p.m. ET**. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 46.

SO ORDERED.    November 19, 2025

_____
SARAH L. CAVE
United States Magistrate Judge

---

C:    File