THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

November 19, 2025

> Plaintiff's request at Dkt. No. 48 is **GRANTED**. The telephone conference scheduled for November 24, 2025 at 2:00 p.m. ET, (Dkt. No. 47), is **ADJOURNED** to **November 24, 2025 (the same day) at 4:00 p.m. ET**. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 48.
>
> SO ORDERED. November 20, 2025
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re: **Wanchai Mann v. Keith Steier, et al., SDNY**
**Case No. 25 Civ. 1076**
**Second Request for an Adjournment**

Dear Judge Cave,

Our office represents Plaintiff Wanchai Mann ("Plaintiff") in the above-referenced matter, which involves claims against Knockout Renovations SVS., Inc. and Keith Steier relating to Plaintiff's employment and compensation.

We respectfully request that the Court reschedule the November 24, 2025 conference, currently scheduled for 2:00 PM due to a scheduling conflict. I am scheduled to appear in the following matters on November 24, 2025:

1) 11:00 AM: Scheduling Conference in *Michael Greene v. The City of New York, et al.*, SDNY Case No. 25 Civ. 0887 (ALC)(RFT);
2) 2:00 PM: Cheeks Hearing in *Corona Juárez, et al., v. Central Yetev Lev D'Satmar Meat, Inc.*, EDNY Case No. 21 Civ. 2633 (DG)(TAM); and,
3) 3:00 PM: Status conference, in N.Y. Social Services Law § 494 Proceeding, Substantiated Case of Abuse/Neglect Hearing, Incident No. 301-23708351889, VPCR Serial No. 5110164583.

This is our second request for an adjournment of the November 24, 2025, conference. Our first request for an adjournment was granted, in part. Defendants' counsel, Kevin Johnson, Esq., has graciously consented to this application.

Outside of the above scheduled matters, we are available on November 24, 2025; Mr. Johnson indicated that he is available all day on November 24, 2024.

Thank you for your time and attention to this matter.

Respectfully submitted,

_/s/ Fausto E. Zapata Jr._
Fausto E. Zapata Jr.

C:   File