UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on November 24, 2025 (the "Conference"), the Court **ORDERS** the following:

1. Before the end of the day **today, November 24, 2025**, Defendants' counsel shall email Plaintiff's counsel the contact information for Defendants' payroll company in 2021, ADP.

2. On or before **November 26, 2025**, Defendants shall reproduce with bates numbers the previously-produced 5,766 emails.

3. On or before **December 1, 2025**, Defendants shall produce to Plaintiff bank statements and/or checks showing any payments to Mr. Mann.

4. On or before **December 8, 2025**, the parties shall file a joint letter setting forth: (i) the status of items (1), (2), and (3), above; (ii) the scheduled dates for depositions; and (iii) any discovery issues ripe for the Court's attention.

5. The parties shall order a copy of the Conference transcript using the annexed form by **December 1, 2025**.

Dated:    New York, New York
          November 24, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]