# Kevin S. Johnson, Esq.
### Attorney at Law

ksjohnsonesq@gmail.com
kevinsjohnson1@outlook.com
201.780.9162

**January 8, 2026**

<u>VIA ECF:</u>
Hon. Sarah L. Cave
Magistrate Judge US District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



**Wanchai Mann v. Knockout Renovation Svcs., Inc. et anon**
**Civil Case No. 1:25-01076-RA-SLC**
**AMENDED LETTER MOTION TO ADJOURN CONFERENCE**
**& WITHDRAWAL OF MEDIATION REQUEST**

To the Court:

This office represents the Defendants in the above-captioned action. This letter acts as an amendment to the previous letter motion (Dkt. No. 61), and the letter is hereby withdrawn. The undersigned prematurely filed the letter without final edits from Plaintiff's counsel and it contained some miscommunications between counsel that had not been apparent to the undersigned. This application is made on consent.

<u>Adjournment Request</u>

In accordance with this Court's Rules, counsel makes the following adjournment request:

1. Original Date:      January 9, 2026 at 10:00 AM (Dkt. No. 58)
2. No Prior Request for an Adjournment
3. Inapplicable
4. Counsel for Defendant has requested this adjournment for the following reasons:
   (a) Defendants are making good faith efforts to comply with and resolve the outstanding discovery disputes, for which the conference was set. A detailed update follows below.
   (c) Counsel had emerging conflicts with an in-person conference.
5. Plaintiff's counsel consents to the adjournment if the Court also grants that the previous discovery deadlines are moved by the number of days between the conference time and the adjourned time.

Counsel have conferred about possible dates in January and have availability on January 19, 2026 and January 23, 2026, if the Court grants this request.

The current deadlines for discovery are as follows (see Dkt. No. 60):

- Completion of Depositions  -- February 27, 2026
- Completion of Expert Discovery – February 27, 2026

# Kevin S. Johnson, Esq.
### Attorney at Law

- Trial Ready – April 27, 2026

<u>Mediation Referral</u>

That portion of the first letter is hereby withdrawn, though settlement discussions continue.

The Parties thank the Court for its continued time and attention to this matter.

Respectfully submitted,

Kevin S. Johnson, Esq.

CC VIA EMAIL / ECF
Fausto Ernesto Zapata, Jr.
Attorneys for Plaintiff

---

The parties' request at Dkt. No. 61 is **GRANTED**. The in-person conference scheduled for January 9, 2026 at 10:00 a.m. ET, (Dkt. No. 58), is **ADJOURNED** to **February 6, 2026 at 10:00 a.m. ET** and will be held <u>in person</u> in Courtroom 18A, 500 Pearl Street, New York, New York, 10007.

Any participant requesting permission to bring an electronic device (<u>e.g.</u>, cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **January 28, 2026**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronicdevices-general-purpose.

The Clerk of Court is respectfully directed to close Dkt. Nos. 61 and 62.

SO ORDERED.    January 8, 2026

SARAH L. CAVE
United States Magistrate Judge