UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANCHAI MANN, | |
| Plaintiff, | |
| -v- | CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC) |
| | **ORDER** |
| KNOCKOUT RENOVATIONS SVS., INC., et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person conference held on February 6, 2026 (the "Conference"), at which counsel for Plaintiff Wanchai Mann ("Plaintiff") attended but counsel for Defendants Keith Steier and Knockout Renovations Svs., Inc. ("Defendants") did not,[1] the Court **ORDERS** the following:

1. By **February 13, 2026**, Plaintiff shall serve a subpoena on non-party ADP, Defendants' payroll company in 2021.

2. The deadline to complete fact discovery is **EXTENDED** to **April 17, 2026**.

3. A telephone conference to discuss the status of discovery is scheduled for **March 26, 2026, at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

---

[1] The Court will enter an Order to Show Cause, by separate order, concerning Defendants' counsel's failure to appear at the Conference.

4.  The parties shall order a copy of the Conference transcript using the annexed form by

**February 13, 2026**.

Dated:        New York, New York
              February 6, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|