UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                          Plaintiff,

         -v-                                                    CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

                                                                          **ORDER**

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Following the in-person conference on February 6, 2026 (the "Conference"), at which counsel for Defendants Keith Steier and Knockout Renovations Svs., Inc. ("Defendants") did not appear, the Court issued an Order to Show Cause directing counsel for Defendants to show cause why he failed to appear and why he should not be sanctioned. (Dkt. No. 66 (the "OTSC")). The Court also issued a post-conference order that, inter alia, scheduled a telephone conference to discuss the status of discovery for March 26, 2026, at 2:15 p.m. ET. (Dkt. No. 65 (the "PCO")).

The Court is now in receipt of the letter filed by counsel for Defendants requesting to adjourn the Conference and explaining that he failed to appear at the Conference because he miscalendared the date. (Dkt. No. 64 (the "Letter")). In light of the PCO, which scheduled another telephone conference on March 26, 2026, at 2:15 p.m. ET, the portion of the Letter requesting to adjourn the Conference is **DENIED AS MOOT**.

Further, in light of the Letter, the Court deems the OTSC resolved. Counsel for Defendants is not required to submit anything further in response to the OTSC.

The Clerk of Court is respectfully directed to close Dkt. No. 64.

Dated:       New York, New York
             February 6, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2