UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANCHAI MANN,<br><br>              Plaintiff,<br><br>  -v-<br><br><br>KNOCKOUT RENOVATIONS SVS., INC., et al.,<br><br>              Defendants. | CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on February 6, 2026 (the "Conference"). (Dkt. No. 65). Pursuant to the Court's Order at Dkt. No. 65, the parties were required to order a copy of the Conference transcript by February 13, 2026. (Dkt. No. 65 at 2). To date, the parties have not done so. The parties are directed to order a copy of the Conference transcript using the annexed form at Dkt. No. 65 by **March 6, 2026**. (See Dkt. No. 65 at 3).

Dated:      New York, New York
            March 4, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**