UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                      Plaintiff,

     -v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at 71, Defendant Keith Steier ("Mr. Steier") was required to file a letter (the "Letter") by March 5, 2026 updating the Court whether new counsel is representing him going forward, or whether he intends to proceed pro se. (Dkt. No. 71). Further, Defendant Knockout Renovations Svs., Inc. ("Knockout"), as a corporate entity, was required to appear through new counsel by March 5, 2026. (Dkt. No. 71).[1] To date, Mr. Steier has not filed the Letter and Knockout has not appeared through new counsel.

As a one-time courtesy, the Court sua sponte **EXTENDS** Mr. Steier's deadline to file the Letter to **March 13, 2026**. The Court also sua sponte **EXTENDS** Knockout's deadline to appear through new counsel to **March 13, 2026**, and warns Knockout that failure to appear through new counsel by **March 13, 2026** may result in the Court permitting Plaintiff to initiate default

---

[1] Knockout is reminded again that, as a corporate entity, it must appear through counsel in this action, and cannot proceed pro se. (Dkt. No. 71). See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) ("a corporation may appear in the federal courts only through licensed counsel."); accord Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. 2025).

proceedings against Knockout.

Dated:        New York, New York
              March 6, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2