UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                        Plaintiff,

        -v-                                                        CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

                                                                                    **ORDER**

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court held a telephone conference on April 13, 2026 (the "Conference") to discuss the motion to vacate the certificate of default as to Defendant Knockout Renovations Svs., Inc. ("Knockout") and extend discovery.  (Dkt. Nos. 85 (the "Motion"); 86).  As discussed at the Conference, the Court will issue a decision on the Motion in due course.  In the meantime, the deadline of April 13, 2026 for Plaintiff Wanchai Mann to file a motion for default judgment against Knockout, (Dkt. No. 79 at 2), is **EXTENDED** sine die, pending the Court's decision on the Motion.

        By **April 14, 2026**, the parties shall order a copy of the Conference transcript for expedited delivery by selecting "Daily" service on the annexed form.

Dated:        New York, New York
              April 13, 2026

                                                        SO ORDERED.

                                                        _____
                                                        SARAH L. CAVE
                                                        **United States Magistrate Judge**

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|