UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                Plaintiff,

  -v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 13, 2026, the Court held a conference (the "Conference") and directed the parties to order the transcript (the "Transcript") of the Conference for expedited delivery by April 14, 2026. (Dkt. No. 88). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **April 16, 2026** for expedited delivery pursuant to the instructions in the Court's Order at Dkt. No. 88.

Dated:     New York, New York
           April 15, 2026

                          SO ORDERED.

                          **SARAH L. CAVE**
                          **United States Magistrate Judge**