UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

                        Plaintiff,

        -v-                                          CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

                                                                **ORDER**

KNOCKOUT RENOVATIONS SVS., INC., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 92, the parties were required to file joint letter updating the Court on the status of their settlement discussions and discovery (the "Letter") by June 4, 2026.  (Dkt. No. 92).  To date, the parties have not filed the Letter.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter to **June 12, 2026**.

Dated:        New York, New York
              June 5, 2026

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**