UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 6, 2026 (the "Conference") to discuss Plaintiff Wanchai Mann's ("Plaintiff") letter at Dkt. No. 97 identifying certain discovery issues between the parties and seeking leave to file a motion to compel and for sanctions. (See Dkt. No. 98). Counsel for Plaintiff, along with counsel for Defendants Keith Steier and Knockout Renovations Svs., Inc. ("Knockout") (together, "Defendants"), appeared at the Conference. Following the Conference, the Court **ORDERS** the following:

1. By **July 8, 2026**, the parties shall order a copy of the Conference transcript by using the annexed form.
2. As discussed at the Conference, counsel for Defendants expects to meet with his clients tomorrow, July 7, 2026. At that meeting, counsel shall ask Defendants for the following information:
    a. The bank account information for the accounts from which Defendants paid Plaintiff, including bank statements;
    b. The contact information for ADP; and

c. The contact information for the individuals who handled payroll at Knockout and who were identified in Defendants' response to Plaintiff's interrogatories.

3. By **July 20, 2026**, counsel for Defendants shall file a status letter identifying the additional documents he located and produced to Plaintiff.

4. Another telephone conference to discuss the status of discovery and to check in on the parties' mediation scheduled for July 28, 2026 (see Dkt. entry dated July 1, 2026), is scheduled for **August 6, 2026 at 3:00 p.m. ET** (the "August 6 Conference") on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5. The deadline of July 3, 2026 to complete fact discovery, (Dkt. No. 92), is **HELD IN ABEYANCE** pending the August 6 Conference.

6. The deadline of July 10, 2026 for the parties to file a joint letter certifying that all fact discovery has been completed, (Dkt. No. 92), is also **HELD IN ABEYANCE** pending the August 6 Conference.

Dated: New York, New York
July 6, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL