UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 6, 2026 (the "Conference") to discuss Plaintiff Wanchai Mann's letter at Dkt. No. 97 identifying certain discovery issues between the parties and seeking leave to file a motion to compel and for sanctions. (See Dkt. Nos. 97; 98). Pursuant to the Court's Order at Dkt. No. 99, the parties were required to order a copy of the Conference transcript (the "Transcript") by July 8, 2026. (Dkt. No. 99 at 1). To date, the parties have not ordered the Transcript. By **July 20, 2026**, the parties shall order the Transcript by using the form annexed to the Court's Order at Dkt. No. 99.

Dated: New York, New York
July 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**