UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 102, Defendants' counsel, Glenn Meyers, Esq. ("Mr. Meyers"), was required to file a letter (the "Letter") updating the Court on the status of the additional documents he located and produced to Plaintiff by August 3, 2026. (Dkt. No. 102). To date, Mr. Meyers has not filed the Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** Mr. Meyers' deadline to file the Letter to **tomorrow, August 5, 2026 by 12:00 p.m. ET**.

The Court further reminds the parties that the next telephone conference to discuss the status of discovery and the parties' mediation is scheduled for **August 6, 2026 at 3:00 p.m. ET** on the Court's conference line. (Dkt. Nos. 99; 102). The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**