UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 110, the deadline for the parties to file their Cheeks Motion (defined at Dkt. No. 107) was September 18, 2026. (Dkt. No. 110). To date, the parties have not filed their Cheeks Motion. As a courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file their Cheeks Motion to **September 29, 2026**.[1]

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] Should the parties wish to consent to proceed before a US Magistrate Judge over the Cheeks motion, they may complete the form available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiff and Defendants and file the form for the attention and signature of the Honorable Ronnie Abrams.