THE LAW OFFICES OF
**FAUSTO E. ZAPATA, JR., P.C.**

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

September 29, 2026

Plaintiff's request at Dkt. No. 112 is **GRANTED**. The deadline for the parties to file their Cheeks Motion (defined at Dkt. No. 107) is **EXTENDED** to **October 7, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 112.

SO ORDERED. September 30, 2026

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

**Re: Wanchai Mann v. Keith Steier, et al., SDNY**
**Case No. 25 Civ. 1076**
**First Request for an Adjournment**

Dear Judge Cave,

Our office represents Plaintiff Wanchai Mann ("Plaintiff") in the above-referenced matter, which involves claims against Knockout Renovations SVS., Inc. and Keith Steier relating to Plaintiff's employment and compensation.

We respectfully request that the Court extend the parties' deadline to file their motion, pursuant to the FLSA, seeking approval of the parties' proposed settlement agreement, from September 29, 2026, to September 30, 2026. Unfortunately, Plaintiff experienced technical difficulties that prevented him from sending the signed agreement to our office.

This is our first request for an extension of the September 29, 2026, deadline. Given the timing of when we learned of Plaintiff's difficulties, we were not able to obtain Defendants' consent.

Thank you for your time and attention to this matter.

Respectfully submitted,

Fausto E. Zapata Jr.

C: File