UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

Plaintiff,

v.

KNOCKOUT RENOVATIONS SVS., INC., et al.,

Defendants.

25-CV-1076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 2, 2026, the Court directed the parties, by October 9, 2026, to either consent to proceed before Magistrate Judge Cave for review of their settlement or submit to this Court a joint letter setting forth their views as to why the settlement is fair and reasonable and should be approved, accompanied by all necessary supporting materials. *See* Dkt. 115. To date, the parties have done neither. The parties shall either consent to proceed before Magistrate Judge Cave or submit the joint letter and supporting materials to this Court no later than October 26, 2026.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge