UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANCHAI MANN,

Plaintiff,

-v-

KNOCKOUT RENOVATIONS SVS., INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1076 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to my jurisdiction under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for purposes of reviewing their proposed settlement (Dkt. No. 119), and have submitted a joint Letter-Motion in support of settlement (Dkt. No. 113 (the "Motion")) and proposed settlement agreement (Dkt. No. 113-1) for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Although Plaintiff Wanchai Mann ("Plaintiff") submitted invoices and attorney time records in support of the Motion (Dkt. Nos. 113-2; 113-3), Plaintiff did not submit his retainer agreement with his counsel (the "Retainer Agreement"), which the Court needs to complete its review. By **October 30, 2026**, Plaintiff shall file the Retainer Agreement.

Dated: New York, New York
October 23, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**